

NUMBER 13-07-00725-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

---

EUGENE SEGURA,                                                                 Appellant,

v.

H. E. BUTT GROCERY COMPANY,                                          Appellee.

---

On appeal from the 197th District Court
of Cameron County, Texas.

---

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela
Memorandum Opinion Per Curiam**

Appellant, Eugene Segura, appealed a judgment rendered against him in the 197th District Court of Cameron County, Texas. On January 18, 2008, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on January 7, 2007, and that the deputy district clerk, Laura Cisneros, had notified this Court that

appellant failed to make arrangements for payment of the clerk's record.  The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done.  *See* TEX. R. APP. P. 37.3, 42.3(b),(c).  Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.  Appellant failed to respond to the Court's notice.

The Court, having considered the documents on file, appellant's failure to comply with the appellate rules, and appellant's failure to respond to this Court's directive, is of the opinion that the appeal should be dismissed.  *See id.* 37.3, 42.3(b),(c).  Accordingly, the appeal is DISMISSED.

PER CURIAM

Memorandum Opinion delivered and
filed this the 10th day of April, 2008.